UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                        Plaintiff,<br>    v.<br><br>COUNTY OF ROCKLAND, *et al.*,<br><br>                      Defendants. | Case No. 21-CV-6751 (KMK)<br><br>AMENDED MOTION<br><br>SCHEDULING ORDER |

KENNETH M. KARAS, District Judge:

      The Court adopts the following amended briefing schedule: Defendants shall their Motion To Dismiss by no later than November 1, 2021. Plaintiff shall file a response by no later than December 1, 2021. Defendants shall file a reply by no later than December 15, 2021.

      The Parties are also reminded that there is a strict page limit, which will be extended only in extreme circumstances. If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    September 30, 2021
              White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE