**SARETSKY KATZ & DRANOFF, L.L.P.**

NEW YORK CITY OFFICE

515 Madison Avenue
New York, New York 10022
Telephone (212) 973-9797
Facsimile (212) 973-0939

565 Taxter Road – Suite 210
Elmsford, New York 10523
TELEPHONE (212) 973-9797
FACSIMILE (212) 973-0939
www.skdllp.com

E-Mail: rweissman@skdllp.com

**MEMO ENDORSED**

(Please send all correspondence to the Elmsford address)

November 10, 2021

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court, Southern District of New York
300 Quarropas Street, Chambers 521
White Plains, New York 10601

Re: *Jane Doe v. County of Rockland, Rockland County Sheriff's Office – Corrections Division, Rockland County Correctional Center And Its Employees, John Doe/JaneDoe – Rockland County Sheriff's Office And Its Employees, C.O. Christopher Taggart and C.O. John Kezek, John Does/JaneDoes 1-4, individual and in their official capacity; (the names John and Jane Does being fictitious as the true names of all are presently unknown)*
SDNY Docket No.: 21-cv-6751

Dear Judge Karas:

We represent defendant the County of Rockland (also sued as the Rockland County Sheriff's Office, the Rockland County Sheriff's office – Correctional Division, and the Rockland County Correctional Center) ,but not the individual defendants, in this § 1983 civil rights case. Following up on our October 28, 2021 letter to you concerning the caption and the listing of the defendants on the PACER docket, and your October 29, 2021 order regarding this issue, we have spoken with plaintiff's counsel and, with their consent, we respectfully request that you direct that the caption be changed to the caption shown below and that you direct the PACER office to amend the docket to reflect the changes noted. The new caption, with slightly altered placement of commas and capitalization would read:

JANE DOE,

Plaintiff

v.

COUNTY OF ROCKLAND, ROCKLAND COUNTY SHERIFF'S OFFICE – CORRECTIONS DIVISION, ROCKLAND COUNTY CORRECTIONAL CENTER, its employees JOHN DOE/JANE DOE, ROCKLAND COUNTY SHERIFF'S OFFICE, its employees C.O. CHRISTOPHER TAGGART and C.O. JOHN KEZEK, and JOHN DOES/JANE DOES 1-4, individually and in their official capacity; (the names John and Jane Does being fictitious as the true names of all are presently unknown),

Defendants

Hon. Kenneth M. Karas
November 10, 2021
Page 2

The changes would thus be as follows: (1) the defendant currently described on the PACER docket as "Rockland County Correctional Center and its Employees" should be changed to "Rockland County Correctional Center"; and (2) the defendant described as "John Doe/Jane Doe – Rockland County Sheriff's Office and its Employees" should be changed to "Employees John Doe/Jane Doe" and "Rockland County Sheriff's Office" separately. As a result, the defendants should be listed separately in PACER as follows:

1. County of Rockland
2. Rockland County Sheriff's Office – Corrections Division
3. Rockland County Correctional Center
4. Employees John Doe/Jane Doe
5. Rockland County Sheriff's Office
6. C.O. Christopher Taggart
7. C.O. John Kezek
8. John Does/Jane Does 1-4

Thank you for your consideration.

Granted. The Clerk of the Court is to correct the docket to match what is proposed herein.

So Ordered.

11/10/21

Respectfully submitted,

Robert B. Weissman

cc:   *Via E-Mail: metcalflawnyc@gmail.com*
      Steven Metcalf, Esq.
      Metcalf & Metcalf, P.C.