**SARETSKY KATZ & DRANOFF, L.L.P.**

NEW YORK CITY OFFICE

515 Madison Avenue
New York, New York 10022
Telephone (212) 973-9797
Facsimile (212) 973-0939

565 Taxter Road – Suite 210
Elmsford, New York 10523

TELEPHONE (212) 973-9797
FACSIMILE (212) 973-0939
www.skdllp.com

(Please send all correspondence to the Elmsford address)

E-Mail: rweissman@skdllp.com

# MEMO ENDORSED

November 15, 2021

*VIA ECF*
Hon. Kenneth M. Karas
United States District Court, Southern District of New York
300 Quarropas Street, Chambers 521
White Plains, New York 10601

Re: *Jane Doe v. County of Rockland, Rockland County Sheriff's Office – Corrections Division, Rockland County Correctional Center And Its Employees, John Doe/JaneDoe – Rockland County Sheriff's Office And Its Employees, C.O. Christopher Taggart and C.O. John Kezek, John Does/JaneDoes 1-4, individual and in their official capacity; (the names John and Jane Does being fictitious as the true names of all are presently unknown)*
SDNY Docket No.: 21-cv-6751

Dear Judge Karas:

We represent defendant the County of Rockland (also sued as the Rockland County Sheriff's Office, the Rockland County Sheriff's office – Correctional Division, and the Rockland County Correctional Center). Following up on our earlier letter-motion regarding the combination of defendants in the caption and PACER docket, although the docket has now been corrected to separate the municipal and individual defendants, our firm is still listed on the PACER docket as representing "Employees John Doe/Jane Doe". This appears to be a consequence of our previously having appeared for the Rockland County Sheriff's Office at a time when the Sheriff's Office was joined with the Doe defendants as a single defendant on the PACER docket. To avoid any confusion, we respectfully request that our firm, including both the undersigned and Matthew Hughes, be removed as counsel for "Employees John Doe/Jane Doe". As indicated in all of our previous correspondence, we never intended to appear for any of the individual defendants. Thank you for your consideration.

Granted. The Clerk is respectfully requested to remove Mr. Weissman and his firm as counsel for "Employees John Doe/Jane Doe."

So Ordered.
*/s/*
11/15/21

Respectfully submitted,

Robert B. Weissman

cc: *Via E-Mail: metcalflawnyc@gmail.com*
Steven Metcalf, Esq.
Metcalf & Metcalf, P.C.