Case 7:21-cv-06751-KMK Document 49 Filed 12/14/22 Page 1 of 2

ENDORSED



STEVEN A. METCALF II, ESQ., Managing Attorney***
NANETTE IDA METCALF, ESQ., Managing Attorney**
CHRISTOPHER DARDEN, ESQ., *Special Counsel**
CIARA C. SANTIAGO, ESQ. *of Counsel*

December 14, 2022

**VIA ELECTRONIC FILING**
Hon. Kenneth Karas
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Doe v. County of Rockland et al.* Case No.: 7:21-cv-06751

Dear Honorable Karas,

Please be advised that this firm represents Jane Doe in the above-referenced matter. In light of this, I am writing to the court requesting an extension of time to submit Plaintiff's Response to Defendant's Motion to Dismiss the Amended Complaint returnable for December 14, 2022. I have spoken to attorney Weissman who consents and does not object to our request.

I am requesting a two-week extension of time to submit Plaintiff's Response from December 14, 2022, to December 28, 2022. The reason for the adjournment is that I am scheduled to start trial in Federal Court in Washington D.C. and I received notification that there would be hearings today regarding jury selection issues. I received said notification on Monday. I have diligently attempted to finalize the papers by today, but I was not able to based on the aforesaid circumstances. Therefore, I am respectfully requesting a two-week adjournment to December 28, 2022. Opposing counsel consents to our request and does not object. I apologize in advance if this request has inconvenienced the court.

*Licensed in California
**Licensed in New York and California
***Licensed in New York, SDNY, EDNY, WDNY, 2nd Circuit and DC Federal Court

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6th Floor
New York, NY 10016
646.253.0514 *(Phone)*
646.219.2012 *(Fax)*

Page | 1

Thank you for your attention in this matter. Should you need to reach me, I am reachable at 646.253.0514.

Granted.
So Ordered.

*[signature]*
12/14/22

Respectfully submitted,

*Steven Metcalf*
STEVEN A. METCALF, ESQ.
**METCALF & METCALF, P.C.**
*Attorneys for Jane Doe*
99 Park Avenue, 6th Floor
New York, NY 10016

TO:  Robert Weissman, Esq.
Saretsky Katz & Dranoff, L.L.P.
565 Taxter Road, Suite 210
Elmsford, New York 10523

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6th Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

Page | 2