# SARETSKY KATZ & DRANOFF, L.L.P.

565 Taxter Road – Suite 210
Elmsford, New York 10523

TELEPHONE (212) 973-9797
FACSIMILE (212) 973-0939
www.skdllp.com

E-Mail: rweissman@skdllp.com

April 10, 2024

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court, Southern District of New York
300 Quarropas Street, Chambers 521
White Plains, New York 10601

Re: *Jane Does 1- 6 v. County of Rockland, et al*
SDNY Docket No.: 21-cv-6751

Dear Judge Karas:

On behalf of defendant the County of Rockland (also sued as the Rockland County Sheriff's Office, the Rockland County Sheriff's office – Correctional Division, and the Rockland County Correctional Center), I respectfully request a two week extension of the County's deadline to file our motion to dismiss plaintiffs' Second Amended Complaint, from April 12 to April 26. This is our second request to extend this deadline. The prior extension was for three weeks. I am requesting this extension because, although I have been continuing preparation of the motion, I am also preparing for a continuation of my disciplinary arbitration, which is scheduled for at least four, and possibly five, more witnesses on April 19 and April 22, and has required extensive witness preparation. Further, I was called out of town last Thursday for an unveiling and from Friday through Sunday for a family event. Plaintiffs' counsel has graciously consented to this request. Thank you for your consideration.

Granted.
So Ordered.
4/10/24

Respectfully submitted,

Robert B. Weissman

cc: *Via ECF*
Metcalf & Metcalf, P.C.