## SARETSKY KATZ & DRANOFF, L.L.P.

565 Taxter Road – Suite 210
Elmsford, New York 10523

E-Mail: rweissman@skdllp.com

TELEPHONE (212) 973-9797
FACSIMILE (212) 973-0939
www.skdllp.com

April 24, 2024

***VIA ECF***
Hon. Kenneth M. Karas
United States District Court, Southern District of New York
300 Quarropas Street, Chambers 521
White Plains, New York 10601

Re:  *Jane Does 1-6 v. County of Rockland, et al*
     SDNY Docket No.: 21-cv-6751

Dear Judge Karas:

On behalf of defendant the County of Rockland (also sued as the Rockland County Sheriff's Office, the Rockland County Sheriff's office – Correctional Division, and the Rockland County Correctional Center), I respectfully request a final one-week extension of the County's deadline to file our motion to dismiss plaintiffs' Second Amended Complaint, from April 26 to May 3. This is our third request to extend this deadline. With my sincere apologies, I am requesting this extension because yesterday afternoon a client contacted me with an emergency situation requiring an immediate response with guidance as to a hot-button Constitutional matter that is ongoing at this very moment. I was up past 4:00 a.m. researching and preparing a response, but further developments today, combined with the extremely nuanced nature of the situation and the need to provide a concrete response as soon as humanly possible, are preventing me from completing the brief in this case. In addition, my daughter is undergoing surgery tomorrow and staying overnight in a hospital in New York City through at least Friday morning. Plaintiffs' counsel has graciously consented to this request. Thank you for your consideration.

Respectfully submitted,

Robert B. Weissman

cc:  ***Via ECF***
     Metcalf & Metcalf, P.C.

Granted.

SO ORDERED:

HON. KENNETH M. KARAS U.S.D.J.

4/24/2024