UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JANE DOE 1,

                Plaintiff,        **ORDER**

     -against-                         21 Civ. 6751 (AEK)

COUNTY OF ROCKLAND, ROCKLAND COUNTY
SHERIFF'S OFFICE - CORRECTIONS DIVISION,
ROCKLAND COUNTY CORRECTIONAL CENTER,
its employees JOHN DOE/JANE DOE, ROCKLAND
COUNTY SHERIFF'S OFFICE, its employees C.O.
CHRISTOPHER TAGGART, C.O. JOHN KEZEK,
SERGENT COOPER, C.O. GOMEZ, C.O. MANTELLO,
C.O. RANOLFO VENTILLO, C.O. CHARLIE MAE,
C.O. DANNY, C.O. KYLE FARRISON, C.O.
JOSEPH HELCHOWSKI, C.O. STARKY, AND
JOHN DOES/JANE DOES 1-6, individually and
in their official capacity (the names John and Jane Does
being fictitious as the true names of all are presently
unknown),

                Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    Plaintiff has voluntarily withdrawn her claims against the following Defendants:

        Sergent Cooper
        C.O. Gomez
        C.O. Mantello
        C.O. Ranolfo Ventillo
        C.O. Charlie Mae
        C.O. Danny
        C.O. Kyle Farrison
        C.O. Joseph Helchowski
        C.O. Starky
        John Does/Jane Does 1-4

*See* ECF No. 133.  In addition, there is only one Plaintiff, to be referred to for purposes of this action as Jane Doe, and Defendants Employees John Doe/Jane Doe need not be separately listed as defendants since Plaintiff includes John Does/Jane Does 1-6 as defendants.

Accordingly, the Clerk of Court is respectfully directed to update the docket to reflect that the following parties have been terminated from the action:

**Plaintiff**
Jane Doe 1

**Defendants**
Sergent Cooper
C.O. Gomez
C.O. Mantello
C.O. Ranolfo Ventillo (incorrectly listed as Randolfo on the docket sheet)
C.O. Charlie Mae
C.O. Danny
C.O. Kyle Farrison
C.O. Joseph Helchowski
C.O. Starky
Employees John Doe/Jane Doe
John Does/Jane Does 1-4


The Clerk of Court is further respectfully directed to amend the caption of this case to read as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JANE DOE,

                              Plaintiff,

        -against-                        21 Civ. 6751 (AEK)

COUNTY OF ROCKLAND, ROCKLAND COUNTY
SHERIFF'S OFFICE - CORRECTIONS DIVISION,
ROCKLAND COUNTY CORRECTIONAL CENTER,
ROCKLAND COUNTY SHERIFF'S OFFICE, its employees
C.O. CHRISTOPHER TAGGART, C.O. JOHN KEZEK,
and JOHN DOES/JANE DOES 1-6, individually and
in their official capacity (the names John and Jane Does
being fictitious as the true names of all are presently
unknown),

                           Defendants.
-------------------------------------------------------------X

Dated: October 16, 2025
       White Plains, New York

                                         **SO ORDERED.**

                                         _____
                                         ANDREW E. KRAUSE
                                         United States Magistrate Judge